JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 27 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 1629

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

*Mary Ann Minervino, etc. v. Pfizer, Inc., et al.*, D. Connecticut, C.A. No. 3:04-1230
*Edward Reott, et al. v. Pfizer, Inc.*, W.D. Pennsylvania, C.A. No. 2:05-359
*Ruth Smith, etc. v. Pfizer, Inc., et al.*, M.D. Tennessee, C.A. No. 3:05-444

### CONDITIONAL TRANSFER ORDER (CTO-10)

On October 26, 2004, the Panel transferred 23 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 56 additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of October 26, 2004, 342 F.Supp.2d 1350 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL 13 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

HBF, REFDIS

# U.S. District Court
## District of Connecticut (New Haven)
## CIVIL DOCKET FOR CASE #: 3:04-cv-01230-JBA

Minervino v. Pfizer, Inc. et al
Assigned to: Judge Janet Bond Arterton
Referred to: Judge Holly B. Fitzsimmons
Cause: No cause code entered

Date Filed: 07/23/2004
Jury Demand: Plaintiff
Nature of Suit: 990 Other
Jurisdiction: Federal Question

**Plaintiff**

**Mary Ann Minervino**
*Admin of Est of Carmine Minervino*

represented by **Christopher P. Keenan**
222 Bloomingdale Road
Suite 308
White Plains, NY 10605
914-946-7770
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer, Inc.**

represented by **Erik M. Zissu**
Davis, Polk & Wardwell
450 Lexington Ave.
New York, NY 10017
212-450-4511
Fax: 212-450-3511
Email: zissu@dpw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James P. Rouhandeh**
Davis, Polk & Wardwell
450 Lexington Ave.
New York, NY 10017
212-450-4000
Fax: 212-450-3835
Email: rouhandeh@dpw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Gerard Stretton**
Edwards & Angell

        Three Stamford Plaza
        301 Tresser Boulevard, 13th FL.
        Stamford, CT 06901
        203-353-6844
        Fax: 800-232-0862
        Email: jstretton@edwardsangell.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Marc L. Zaken**
        Edwards & Angell
        Three Stamford Plaza
        301 Tresser Boulevard, 13th FL.
        Stamford, CT 06901
        203-353-6819
        Fax: 888-325-1667
        Email: mzaken@edwardsangell.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Parke-Davis**     represented by  **Erik M. Zissu**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **James P. Rouhandeh**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **John Gerard Stretton**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Marc L. Zaken**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Warner-Lambert**     represented by  **Erik M. Zissu**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**James P. Rouhandeh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Gerard Stretton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc L. Zaken**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/23/2004 | 1 | NOTICE OF REMOVAL from Superior Court for Judicial District of Stamford/Norwalk, Filing Fee $ 150, Receipt Number B008576, filed by Parke-Davis, Pfizer, Inc., Warner-Lambert. (Attachments: # 1 Attachment 1 to Complaint, # 2 Attachment 2 to Complaint)(D'Andrea, S.) (Entered: 07/27/2004) |
| 07/23/2004 | 2 | Order on Pretrial Deadlines: Motions to Dismiss due on 10/23/2004. Amended Pleadings due by 9/21/2004. Discovery due by 1/22/2005. Dispositive Motions due by 2/21/2005. Signed by Clerk on 7/23/2004. (D'Andrea, S.) (Entered: 07/27/2004) |
| 07/23/2004 | 3 | NOTICE of Appearance by John Gerard Stretton on behalf of Parke-Davis, Pfizer, Inc., Warner-Lambert (D'Andrea, S.) (Entered: 07/27/2004) |
| 07/23/2004 | 4 | NOTICE of Appearance by Marc L. Zaken on behalf of Parke-Davis, Pfizer, Inc., Warner-Lambert (D'Andrea, S.) (Entered: 07/27/2004) |
| 07/27/2004 | 5 | MOTION for Extension of Time until 8/28/04 to respond to complaint by Parke-Davis, Pfizer, Inc., Warner-Lambert. (Warner, R.) (Entered: 07/27/2004) |
| 07/27/2004 | 6 | ORDER Ordered Accordingly 5 Motion for Extension of Time until 8/28/04 to respond to complaint . Signed by Clerk on 7/27/04. (Warner, R.) (Entered: 07/27/2004) |
| 08/31/2004 | 7 | MOTION for Extension of Time until 9/20/04 to file a Rule 26(f)Report by Parke-Davis, Pfizer, Inc., Warner-Lambert. (Warner, R.) (Entered: 09/01/2004) |
| 09/07/2004 | 8 | MOTION for Extension of Time until 10/9/04 to respond to second amended complaint by Parke-Davis, Pfizer, Inc.. (Warner, R.) (Entered: 09/08/2004) |

| | | |
|---|---|---|
| 09/09/2004 | 9 | ORDER granting 7 Motion for Extension of Time until 9/20/04 to file Rule 26(f) report. Signed by Judge Janet Bond Arterton on 9/9/04. (Warner, R.) (Entered: 09/09/2004) |
| 09/09/2004 | | Set Deadlines/Hearings: Rule 26 Meeting Report due by 9/20/2004. (Warner, R.) (Entered: 09/09/2004) |
| 09/13/2004 | 10 | SECOND AMENDED COMPLAINT against Parke-Davis, Pfizer, Inc., Warner-Lambert, filed by Mary Ann Minervino. (Attachments: # 1 continuation)(Warner, R.) (Entered: 09/13/2004) |
| 09/16/2004 | 11 | ORDER granting 8 Motion for Extension of Time until 10/9/04 to respond to second amended complaint . Signed by Judge Janet Bond Arterton on 9/15/04. (Warner, R.) (Entered: 09/16/2004) |
| 09/24/2004 | 12 | REPORT of Rule 26(f) Planning Meeting. (Warner, R.) (Entered: 09/24/2004) |
| 10/07/2004 | 13 | MOTION for Extension of Time until 10/23/04 to respond or answer Second Amended Complaint by Parke-Davis, Pfizer, Inc., Warner-Lambert. (Warner, R.) (Entered: 10/07/2004) |
| 10/08/2004 | 14 | SCHEDULING ORDER: Status Conference set for 6/30/2005 04:00 AM in Chambers Room #118 before Judge Janet Bond Arterton. Discovery due by 7/31/2005. Dispositive Motions due by 8/31/2005. Status Report due by 6/27/2004. Trial Ready Date 3/1/2006. Joint Trial Brief due by 9/30/2005.. Signed by Judge Janet Bond Arterton on 10/7/04. (Warner, R.) (Entered: 10/08/2004) |
| 10/25/2004 | 15 | ANSWER and AFFIRMATIVE DEFENSES to Amended Complaint by Parke-Davis, Pfizer, Inc., Warner-Lambert.(Warner, R.) (Entered: 10/25/2004) |
| 12/17/2004 | 16 | ORDER granting nunc pro tunc to 10/23/04 13 Motion for Extension of Time 1(complaint) Notice of Removal, . Signed by Judge Janet Bond Arterton on 12/15/04. (Torday, B.) (Entered: 12/17/2004) |
| 04/26/2005 | 17 | MOTION for Extension of Time until 7/31/2006 to complete discovery by Mary Ann Minervino. (Falcone, K.) (Entered: 04/26/2005) |
| 05/13/2005 | 18 | Objection re 17 MOTION for Extension of Time until 7/31/2006 to complete discovery filed by Pfizer, Inc., Parke-Davis, Warner-Lambert. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit)(Falcone, K.) (Entered: 05/13/2005) |
| 05/24/2005 | 19 | REPLY to Response to 17 MOTION for Extension of Time until 7/31/2006 to complete discovery filed by Mary Ann Minervino. (Brown, S.) (Entered: 05/25/2005) |
| 06/06/2005 | 20 | MOTION for Leave to Appear Pro Hac Vice Attorney Erik M. Zissu. Filing Fee $25.00. Receipt Number N15646. by Pfizer, Inc., Parke-Davis, Warner-Lambert. (Attachments: # 1 Affidavit)(Falcone, K.) (Entered: 06/07/2005) |

| | | |
|---|---|---|
| 06/06/2005 | 21 | MOTION for Leave to Appear Pro Hac Vice Attorney James P. Rouhandeh. Filing Fee $25.00. Receipt Number N15647. by Pfizer, Inc., Parke-Davis, Warner-Lambert. (Attachments: # 1 Affidavit)(Falcone, K.) (Entered: 06/07/2005) |
| 06/07/2005 | | ORDER Ordered Accordingly 20 Motion for Eric Zissu to Appear Pro Hac Vice . Signed by Clerk on 6/7/2005. (Falcone, K.) (Entered: 06/07/2005) |
| 06/07/2005 | | ORDER Ordered Accordingly 21 Motion for James P. Rouhandeh to Appear Pro Hac Vice . Signed by Clerk on 6/7/2005. (Falcone, K.) (Entered: 06/07/2005) |
| 06/09/2005 | 22 | ORDER REFERRING CASE to Magistrate Judge Joan G. Margolis for Discovery. Signed by Judge Janet Bond Arterton on 6/8/2005. (Falcone, K.) (Entered: 06/09/2005) |
| 06/09/2005 | 23 | Endorsement ORDER granting re 17 MOTION for Extension of Time to complete discovery filed by Mary Ann Minervino, Discovery due by 5/1/2006. Dispositive Motions due by 6/1/2006. Status Report due by 3/16/2006. Trial Brief due by 6/15/2006. Trial Ready Date 12/1/2006. Status Conference set for 3/21/2006 03:30 PM in Chambers Room #118, 141 Church St., New Haven, CT before Judge Janet Bond Arterton.. Signed by Judge Janet Bond Arterton on 6/8/2005. (Falcone, K.) (Entered: 06/09/2005) |
| 06/13/2005 | 24 | Corporate Disclosure Statement by Pfizer, Inc., Parke-Davis, Warner-Lambert. (Falcone, K.) (Entered: 06/13/2005) |
| 06/15/2005 | 25 | MOTION to Stay pending determination of transfer to MDL and, in the alternative, Motion for extension of time to respond to Discovery by Pfizer, Inc., Parke-Davis, Warner-Lambert.Responses due by 7/6/2005 (Falcone, K.) (Entered: 06/15/2005) |
| 06/15/2005 | 26 | Memorandum in Support re 25 MOTION to Stay pending determination of transfer to MDL and, in the alternative, Motion for Extension of Time until 8/15/2005 to respond to discovery filed by Pfizer, Inc., Parke-Davis, Warner-Lambert. (Falcone, K.) (Entered: 06/15/2005) |
| 06/16/2005 | 27 | NOTICE of Appearance by James P. Rouhandeh on behalf of Pfizer, Inc., Parke-Davis, Warner-Lambert (Ghilardi, K.) (Entered: 06/16/2005) |
| 06/16/2005 | 28 | NOTICE of Appearance by Erik M. Zissu on behalf of Pfizer, Inc., Parke-Davis, Warner-Lambert (Ghilardi, K.) (Entered: 06/16/2005) |
| 06/21/2005 | 29 | ORDER revoking Order of Referral 22 Order Referring Case to Magistrate Judge. Signed by Judge Janet Bond Arterton on 6/21/2005. (Falcone, K.) (Entered: 06/23/2005) |
| 06/21/2005 | 30 | ORDER REFERRING CASE for Discovery to Magistrate Judge Holly B. Fitzsimmons. Signed by Judge Janet Bond Arterton on 6/20/2005. (Falcone, K.) (Entered: 06/23/2005) |

| 06/28/2005 | 31 | ORDER granting 17 Motion for Extension of Time to May 1, 2005 pursuant to Judge Arterton's scheduling order dated June 9, 2005 23. Signed by Judge Holly B. Fitzsimmons on 06/28/05. (Esposito, A.) (Entered: 06/28/2005) |
|---|---|---|

### PACER Service Center
#### Transaction Receipt

07/18/2005 15:45:37

| PACER Login: | us2510 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 3:04-cv-01230-JBA |
| Billable Pages: | 3 | Cost: | 0.24 |